UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WILLIAM P. HAESSLY,
        Petitioner,

v.                                         Case No. 05C1143

GREG GRAMS,
        Respondent.

## ORDER

On October 31, 2005, William P. Haessly filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 26, 2007, I stayed his petition to permit him to exhaust state remedies. Before me is respondent's motion to modify my February order to provide for a time limit for petitioner's filing of a post-conviction motion in state court and a requirement that petitioner notify the court and respondent when he takes action in state court. Although I suspect that petitioner does not need my encouragement to proceed in state court quickly, I agree with respondent that a modification of my February order is sensible.

**Therefore,**

**IT IS ORDERED** that respondent's motion to modify is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner shall present his unexhausted claims in state court within sixty days of the filing of this order and shall notify this court and respondent upon so doing.

**IT IS ADDITIONALLY ORDERED** that petitioner shall file a motion to lift the stay on his petition within sixty days of the conclusion of state court proceedings, if he still wishes to proceed with his federal habeas petition.

Dated at Milwaukee, Wisconsin, this 10 day of March, 2007.

/s_____
LYNN ADELMAN
District Judge